RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/6/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF TAIRA LYNN MARINE LIMITED NO. 5, L.L.C., AS OWNER OF THE M/V MR. BARRY, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | CIVIL ACTION 6 : 01CV1420 C/W 6 : 01CV2484 JUDGE HAIK MAGISTRATE JUDGE HILL |

## JUDGMENT

Considering the Motions for Partial Summary Judgment filed on behalf of Taira Lynn Marine, Inc., Taira Lynn Marine Limited No. 5, L.L.C., Taira Lynn, Inc., L.L. Maintenance & Surveying, Inc., Larry J. Leboeuf and Sylvia Leboeuf (collectively "Taira Lynn") and the Water Quality Insurance Syndicate, the Oppositions filed by the State of Louisiana, through the Department of Transportation and Development (the "State"), and the oral arguments of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motions for Partial Summary Judgment are GRANTED;

IT IS FURTHER ORDERED that the Judgment of the 16th Judicial District Court in the case of *Norbert Prince, Sr. and Hazel Prince versus Hasley L. Prosperie*, Docket No. 109067-B, Parish of St. Mary, State of Louisiana (the "*Prince* Suit"), entered on September 7, 2005, as modified, if at all, by the First Circuit, Court of Appeals, State of Louisiana or the Supreme Court of the State of Louisiana be given full faith and credit by

this Court, precluding any further litigation of the liability of the State and of Taira Lynn before this Court; and

IT IS FURTHER ORDERED that the issue of the limitation of liability of Taira Lynn, as owner and/or owner pro hac vice of the M/V MR. BARRY, be and hereby is reserved to this Court for adjudication.

Thus done and signed in Lafayette, Louisiana on this 5th day of September 2006.

Richard T. Haik
United States District Judge

Approved as to form:

W. Gerald Gaudet

Timothy J. McNamara

George H. Robinson, Jr.

178401_1