RECEIVED
APR 10 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: TAIRA LYNN MARINE | CIVIL ACTION 01-1420 |
| | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE HILL |

## RULING

Before the Court is a Motion to Tax Expert Fees filed by the claimants/plaintiffs (Doc. #659). After a thorough review of the record and all documentation submitted with respect to the issue, the Motion is hereby **DENIED** for the following reasons:

First and foremost, the Court finds that the plaintiffs/claimants executed valid Receipt & Release documents which released the defendants from any further liability, including payment of the fees at issue. The Special Master fees were neither excluded, nor reserved, anywhere in the settlement documents. Additionally, a reading of the correspondence in this matter reveals what appears to be an understanding by Mr. Forrest that the fees would be divided equally. This is further support of a lack of reservation of the fees.

Secondly, the Court has broad discretion under the Federal Rules of Civil Procedure when taxing fees. It is a very common practice to split the fees of the Special Master evenly between the parties in a case such as this. The Special Master was essentially used as a mediator and assisted the claimants/plaintiffs and Taira Lynn Marine equally. No one party was more responsible than any other for the reference to the Special Master. Additionally, in light of the substantial amount of money paid to the claimants in exchange for a settlement of this matter,

holding each party responsible for its share of the Special Master fees is reasonable.

**As such, the Motion to Tax Expert Fees (Doc. #659) is denied and the plaintiffs/claimants are hereby responsible for the payment of $11,830.39 in Special Master fees to L. Albert Forrest. The amount shall be paid within thirty (30) days of this date.**

**THUS DONE AND SIGNED** on this the 10th day of **April, 2007.**

_____
CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA