UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Taira Lynn Marine, Inc. | Consolidated civil action |
| *Plaintiff* | 01-cv-1420 |
| v. | c/w 01-cv-1358 |
| Water Quality Insurance Syndicate | c/w 01-cv-2484 |
| Zurich Insurance Company, | c/w 02-cv-108 |
| XL Specialty Insurance Company, | c/w 02-cv-189 |
| Navigators Insurance Company & | |
| National Union Fire Insurance Company | Judge Haik |
| Of Louisiana | |
| *Defendants* | Magistrate Judge Hill |

_____

### RULING ON MOTION TO COMPEL AND ORDER

On January 16, 2013, the undersigned held oral argument on the Motion of Water Quality Insurance Syndicate ("WQIS") to Compel Discovery filed on November 30, 2012. [rec. doc. 892].[1] Participating at the hearing were Gary F. LeGros, Jr., representing plaintiff, Taira Lynn Marine ("Taira Lynn"), and Joseph P. Tynan, representing defendant, WQIS. The following orders were entered:

**IT IS ORDERED** that the Motion to Compel is **GRANTED IN PART AND DENIED IN PART** as follows:

**Interrogatory No. 2**:

The motion is **GRANTED IN PART**. Taira Lynn shall identify the name of each claimant for which Taira Lynn hired attorneys to defend claims against.

Request for Production No. 1:

---

[1] Statistical time: 20 minutes.

**DENIED**.

Request for Production No. 2:

**DENIED**.

The discovery response ordered above shall be provided **by January 25, 2013**.

Signed January 17, 2013, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE